# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:10-cr-00081-MR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| NELSON RANGEL. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's letter filed on November 18, 2013 [Doc. 57], which the Court construes as a motion requesting assistance in filing a motion pursuant to 28 U.S.C. § 2255.

For the reasons stated in the Court prior Order entered November 6, 2013 [Doc. 56], the Defendant's motion for assistance is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 57], which the Court construes as a motion requesting assistance in filing a motion pursuant to 28 U.S.C. § 2255, is **DENIED**.

**IT IS SO ORDERED.**

Signed: December 2, 2013

Martin Reidinger
United States District Judge